IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CURLEY JAMES BOYKIN, ID # 1774868, §
§
              Petitioner, §
§    Civil Action No. 3:13-CV-4643-D
VS. §
§
CARRIE HUCKLE BRIDGE, et al., §
§
              Defendants. §

## ORDER AND ORDER OF RE-REFERENCE

On March 3, 2014 the magistrate judge filed her findings, conclusions, and recommendation, recommending that this action be dismissed with prejudice. Thereafter, plaintiff filed on April 3, 2014 an amended complaint, and on April 8, 2014 he filed a motion for leave to file an amended complaint.

The court grants the motion for leave to file an amended complaint and deems the amended complaint filed on April 3, 2014 to be filed with the clerk of court. In view of the filing of the amended complaint, the court declines to adopt the magistrate judge's March 3, 2014 findings, conclusions, and recommendation, and it re-refers this case to the magistrate judge for further proceedings based on the amended complaint.

**SO ORDERED**.

April 30, 2014.

                                                     _____
                                                  SIDNEY A. FITZWATER
                                                  CHIEF JUDGE